# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-1082**                                    **September Term, 2023**

EPA-87FR12875
EPA-86FR51823
EPA-86FR894

Filed On: June 17, 2024 [2060367]

Air-Conditioning, Heating, and Refrigeration Institute, et al.,

      Petitioners

      v.

Environmental Protection Agency and Michael S. Regan, in his official capacity as Administrator of the U.S. Environmental Protection Agency,,

      Respondents

------------------------------

Consolidated with 21-1196, 22-1062

### O R D E R

Upon consideration of the unopposed motion for abeyance, it is

**ORDERED** that these consolidated cases remain in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings by September 18, 2024.

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

                              BY:    /s/
                                       Louis Karl Fisher
                                       Deputy Clerk