# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 21-1082**            **September Term, 2024**

EPA-86FR51823
EPA-86FR894
EPA-87FR12875

**Filed On: December 12, 2024**

Air-Conditioning, Heating, and Refrigeration Institute, et al.,

      Petitioners

      v.

Environmental Protection Agency and Michael S. Regan, in his official capacity as Administrator of the U.S. Environmental Protection Agency,,

      Respondents

-----------------------------

Consolidated with 21-1196, 22-1062

## O R D E R

Upon consideration of petitioners' consent motion for voluntary dismissal of petitions for review, it is

**ORDERED** that the motion be granted and these consolidated petitions be dismissed.

The Clerk is directed to issue the mandate forthwith to the agency.

                                                 **FOR THE COURT:**
                                                 Mark J. Langer, Clerk

                                    BY:    /s/
                                                  Laura M. Morgan
                                                  Deputy Clerk